## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| LATROBE AREA HOSPITAL, | : | No. 342 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WESTMORELAND COUNTY BOARD OF | : | |
| ASSESSMENT APPEALS, HEMPFIELD | : | |
| TOWNSHIP, HEMPFIELD AREA SCHOOL | : | |
| DISTRICT AND COUNTY OF | : | |
| WESTMORELAND, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 17th day of March, 2020, the Petition for Allowance of Appeal is **DENIED** and the Application to file an amicus brief in support of the petition for allowance of appeal is **DENIED**.